*To the Clerk*
*Kindly docket*
*Harvey Bartle Jr*
*4/21/16*

RECEIVED 3/4/16
MAR 1 4 2016

Honorable Judge H. Bartle;

Sir, I'm writing to you with the hope that you will intervene in this. I was originally convicted and sentenced in the Southern district of Indiana to 312 months and 8 years Supervised Release for conspiracy to possess, with the intent to distribute Cocaine and Cocaine base.

I served nearly 19 years as a first time non violent offender and my sentence was ultimately commuted, resulting in the sentencing judge ordering my immediate release.

Your Honor, I relocated to the city of Philadelphia with my wife and my grandchildren, and have maintained gainful employment at Coca Cola for nearly 5 years.

My court imposed financial obligations have been met and I have little to no super-vision and I have not re-offended since my release 5 years ago. Your Honor, I

was a 20 year old youth when I was arrested and haven't had a conviction for anything since that time. For 23 years I've been managed by this situation and I am asking you to remove me from supervised release. I want to live my life as a whole, complete man who's paid his debts for prior misdeeds, not as a half man who can only dream....
But never attain the essence of true freedom, I'd like to do things, and go places with my wife and grandchildren without the burden of restriction. I'd like to appreciate the full benefits of being a law abiding, productive, tax paying member of society like every other citizen.
Judge Bartle, it is well within your discretion to remove me from this excessive, unnecessary hinderance that's not only frustrating to myself and my family, but a wasteful use of a resource that can be used for it's intended purpose. Your Honor, I pray that I have not offended you with my passionate words, if so I

apologize in advance, It's truly not my intent. I sincerely hope that you will consider that I've served a substantial sentence, an have remained an upstanding citizen for 5 years.
For these reasons, I ask that you terminate my Supervised Release. Thank you for your time and consideration in this matter.

P.S. And also my denial letter had NO REASON.

David Williams

CASE # 12-189

Mr. David Williams
1416 S 28th St
Philadelphia, PA 19146

Office Of The Clerk,
Honorable; Judge Harvey Bartle
United States District Court
Philadelphia, PA. 19106-9865